# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1591 FMO (Ex) | Date | March 20, 2017 |
|---|---|---|---|
| Title | Margaret Fry v. Dubblee Media Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause re Plaintiff's Redacted Complaint**

On March 9, 2017, the court denied plaintiff Margaret Fry's ("plaintiff") Application to File Complaint Under Seal (Dkt. 9, Court's Order of March 9, 2017). Specifically, the court held that plaintiff "failed to comply with the procedures set forth in Local Rule 79-5 or explain how her motion meets the 'compelling reasons' standard under applicable Ninth Circuit Authority." (Id.). Plaintiff has not, as of the filing date of this Order, filed a motion to redact and/or seal the complaint or filed an unredacted Complaint. Accordingly, IT IS ORDERED THAT:

1. No later than **March 24, 2017**, plaintiff shall either file a motion to redact/seal complaint or file an unredacted Complaint.

2. Plaintiff is cautioned that failure to timely file the un-redacted Complaint or a motion to redact/seal the complaint currently on the docket may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |