FILED
CLERK, U.S. DISTRICT COURT
6/19/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARGARET FRY,　　　　　　　　　)　NO. CV 17-1591 FMO (Ex)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　**JUDGMENT**
　　　　　　　　　　　　　　　　　)
DUBBLEE MEDIA, INC., et al.,　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　 )
　　　　　　　　　　　　　　　　　)

　　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 19th day of June, 2017.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge